# United States Bankruptcy Court
Eastern District of North Carolina Greenville Division

2001141
LENITA WEBB ARRINGTON
LAW OFFICE OF LENITA WEBB ARLINGTON
730 ROANOKE AVE, SUITE A-4
ROANOKE RAPIDS, NC 27870

IN RE
ANTWUAN ANTONIO CHILDS
213 WILLIAMS STREET

ROANOKE RAPIDS, NC 27870
SSN or Tax I.D. XXX-XX-5070

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:
Antwuan A. Childs
Antwuan Childs

CLAIM NO:   -Court-A           U.S.

## OBJECTION TO CONFIRMATION

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

1.) The Debtor has failed to appear at § 341 Meeting of Creditors and/or
submit answers to interrogatories in accordance with §§ 341, 343, and
1325(a)(1), (a)(3) and (a)(7).
2.) The Debtor has failed to proved copies of his/her most recent tax returns
in accordance with §§ 521(e)(2)(A)(i), 1325(a)(1); and EDNC LBR 4002-1(a)(1).
3.) The Debtor has failed to commence timely plan payments in accordance with
§§ 1325(a)(1) and (a)(6), 1326 (a)(1); and EDNC LBR 4002-1(g)(2).

Wherefore, the Chapter 13 Trustee objects to confirmation of the Chapter 13 Plan as proposed and requests that that the court conduct a hearing on Trustee's objection.

DATED: May 07, 2020

/S/ Joseph A. Bledsoe, III
Joseph A. Bledsoe, III
Chapter 13 Trustee

# CERTIFICATE OF MAILING

0015

| | | | |
|---|---|---|---|
| CASE: 2001141 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 05-06-2020.01286392.BLB018 | | DATED: 05/07/2020 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | Joseph A. Bledsoe, III | | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | ANTWUAN ANTONIO CHILDS | | 213 WILLIAMS STREET<br>ROANOKE RAPIDS, NC 27870 |
| 799 | 000002 | LENITA WEBB ARRINGTON<br>730 ROANOKE AVE, SUITE A-4 | LAW OFFICE OF LENITA WEBB ARLINGTON<br>ROANOKE RAPIDS, NC 27870 |

4 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 05/07/2020.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    05/07/2020    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail