United States Bankruptcy Court
Eastern District of North Carolina Greenville Division

| | |
|---|---|
| 2001141<br>LENITA WEBB ARRINGTON<br>LAW OFFICE OF LENITA WEBB ARLINGTON<br>730 ROANOKE AVE, SUITE A-4<br>ROANOKE RAPIDS, NC 27870 | IN RE<br>ANTWUAN ANTONIO CHILDS<br>213 WILLIAMS STREET<br><br>ROANOKE RAPIDS, NC 27870<br>SSN or Tax I.D. XXX-XX-5070 |
| U.S. Bankruptcy Court<br>P.O. Box 791<br>Raleigh, NC 27602 | Other Names Used:<br>Antwuan A. Childs<br>Antwuan Childs |

CLAIM NO:  -Court-A       U.S.

## MOTION TO DISMISS

The undersigned Chapter 13 Trustee reports to the Court that this case should be dismissed pursuant to
11 USC 1307 in that:

1.) The Debtor has failed to appear at § 341 Meeting of Creditors and/or submit
answers to interrogatories in accordance with §§ 341, 343, and 1307(c).
2.) The Debtor has failed to commence timely plan payments in accordance with
§§ 1307(c)(4), 1326(a)(1); and EDNC LBR 4002-1(g)(2).


It is requested that the Court enter an Order dismissing the case, or for such other relief as the Court deems appropriate.


The debtor is hereby notified that any response to this motion should be filed in writing within twenty-one (21) days of
this notice.


DATED:  May 07, 2020         /S/ Joseph A. Bledsoe, III
                             _____
                             Joseph A. Bledsoe, III
                             Chapter 13 Trustee

# CERTIFICATE OF MAILING

| | | | |
|---|---|---|---|
| CASE: 2001141 | TRUSTEE: 2V | COURT: 278 | Page 1 of 1 |
| TASK: 05-06-2020.01286391.BLB014 | | DATED: 05/07/2020 | |

Court  Served Electronically

Trustee  Joseph A. Bledsoe, III  P.O. Box 1618
New Bern, NC 28563

Debtor  ANTWUAN ANTONIO CHILDS  213 WILLIAMS STREET
ROANOKE RAPIDS, NC 27870

799  000002  LENITA WEBB ARRINGTON  LAW OFFICE OF LENITA WEBB ARLINGTON
730 ROANOKE AVE, SUITE A-4  ROANOKE RAPIDS, NC 27870

4 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON  05/07/2020.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   05/07/2020   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail